USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

EDWIN ZAYAS, Individually and on Behalf
of all Others Similarly Situated,

                            Plaintiff,

- against -

CLASSIC HARBOR LINE, LLC,

                            Defendant.

-------------------------------------------------------------- x

No. 17CV3097 (RA)(BCM)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted in the above entitled action be, and the same hereby are discontinued with prejudice.

Dated: New York, New York
         August 3, 2017

LAW OFFICES OF JAMES E. BAHAMONDE, PC
*Attorney for Plaintiff*

_____
JAMES E. BAHAMONDE, ESQ.
2501 Jody Court
North Bellmore, NY 11710
Tel: (646) 290-8258
Fax: (646) 435-4376
E-mail: James@CivilRightsNY.com

KANE KESSLER, PC
*Attorneys for Defendant Classic Harbor Line LLC*

_____
JENNIFER M. SCHMALZ, ESQ
666 3rd Ave.
New York, NY 10017
Tel: 212-519-5162
E-mail: JSchmalz@kanekessler.com

SO ORDERED,

_____
Ronnie Abrams, United States District Judge
8/7/17

#413028.1